UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  3:07cv237/LAC-MD

ROBERT D. ANDERSON,

        Defendant.
_____/

## CONSENT JUDGMENT

The parties, in person and by counsel, agree and stipulate as follows:

1. That the defendant, ROBERT D. ANDERSON, is subject to the jurisdiction of this Court. Defendant accepts service of process under Rule 4 of the Federal Rules of Civil Procedure and acknowledges actual receipt of the Complaint.

2. That this amount is a debt to the United States as defined by 31 U.S. C. 3701 et seq. for a loan guaranteed by the U.S. Small Business Administration.

3. That judgment should be entered against the defendant in the principal sum of $5,321.84 plus administrative charges in the amount of $1,694.48 accrued through as set forth in the Certificate of Indebtedness prepared by the U.S. Department of the Treasury Financial Management Service which is attached hereto and incorporated herein, plus costs of court in the sum of $350.00.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 FEB -1  PM 2: 13

*KMB*

FILED

WHEREFORE, Judgment is entered against the defendant in the sum of $7,168.16 (principal $2,831.98; plus interest $3,711.33; costs of the court $350.00; and US Marshal's service fees $*****).  Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

GREGORY R. MILLER
United States Attorney

_____
Robert D. Anderson
Defendant

_____ 2/1/08
Paul Alan Sprowls
Assistant United States Attorney

APPROVED AND SO ORDERED:

5 Feb 08
Date

_____
Honorable L.A. Collier
United States District Judge

Copies to:

Paul Alan Sprowls
Robert D. Anderson